UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON L. SIMMONS, | No. 2:13-cv-2568 KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. HANSEN, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On December 18, 2013, the court directed plaintiff to submit an application to proceed in forma pauperis or pay the appropriate fees for commencing a civil action.  (ECF No. 3.)  On January 21, 2014, plaintiff submitted an in forma pauperis application.  (ECF No. 4.)  However, the application is not complete.  Plaintiff has not answered Question Nos. 2-7, nor did he provide the date of his signature.  Plaintiff will be provided an opportunity to either submit a properly completed application in support of his request to proceed in forma pauperis, or submit the required filing fee of $350.00, plus the $50.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Plaintiff shall submit, within thirty days from the date of this order, a properly
3    completed affidavit in support of his request to proceed in forma pauperis on the form provided
4    by the Clerk of Court, or the required fees in the total amount of $400.00; plaintiff's failure to
5    comply with this order will result in a recommendation that this action be dismissed; and

6    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
7    Forma Pauperis By a Prisoner.

8    SO ORDERED.

9    Dated:  January 24, 2014

11   simm2568.3a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2